UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JARVIS SIMON, Individually and On Behalf of All Others Similarly Situated, | § § § § § § § § § § § | |
| Plaintiff, | | No. 1:15-cv-00372 consol. w/ 1:15-cv-00443 |
| v. | | JURY TRIAL DEMANDED |
| WASTEWATER SPECIALTIES, INC., | | |
| Defendant. | | |

## **NOTICE OF CONSENT OF BRADLEY STEWART**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Bradley Stewart and files this written consent to become a party to this lawsuit pursuant to 29 U.S.C. § 216(b).

Respectfully Submitted,

MOORE & ASSOCIATES

By: s/ Melissa Moore
    Melissa Moore
    State Bar No. 24013189
    Federal Id. No. 25122
    Curt Hesse
    State Bar No. 24065414
    Federal Id. No. 968465
    Lyric Center
    440 Louisiana Street, Suite 675
    Houston, Texas 77002
    Telephone: (713) 222-6775
    Facsimile: (713) 222-6739

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to all counsel of record on the 24th day of May 2016 via the Court's CM/ECF system.

/s/ Melissa Moore
Melissa Moore

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JARVIS SIMON, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | No. 1:15-cv-00372 consol. w/ 1:15-cv-00443 |
| v. | § § | |
| WASTEWATER SPECIALTIES, INC., | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## NOTICE OF CONSENT

I consent to be a party plaintiff in this lawsuit to collect unpaid wages. I agree to be bound by the Contingent Fee Agreement between the named plaintiff(s) and MOORE & ASSOCIATES. By joining this lawsuit, I designate the named plaintiff(s) as my representative to make decisions on my behalf concerning the method and manner of conducting the lawsuit, the approval of any settlement, and all other matters pertaining to this lawsuit. I consent, agree and elect to be bound by any ruling, settlement or judgment, whether favorable or unfavorable. I also understand that while I have the right to choose other counsel and/or to pursue my claims on my own behalf, I choose to be represented by MOORE & ASSOCIATES and REAUD, MORGAN & QUINN, LLP and any other attorneys with whom they may associate, and I authorize them to pursue any claims I may have relating to unpaid wages, including such litigation as may be necessary.

_____
Signature

05/13/16
Date Signed

Bradley Stewart
Printed Name